| | |
|---|---|
| **WILDE & ASSOCIATES**<br>Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417<br>212 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>Telephone: 702 258-8200<br>bk@wildelaw.com<br>Fax: 702 258-8787<br>and<br>MARK S. BOSCO, ESQ.<br>Arizona Bar No. 010167<br>TIFFANY & BOSCO, P.A.<br>2525 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016<br>Telephone: (602) 255-6000<br><br>EMC Mortgage Corporation<br>10-74291 / 0050214766 | Electronically Filed on _____ |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Roy Gutierrez Flores and Maria Luisa Flores<br><br>        Debtors. | BK-10-30721-lbr<br><br>Chapter 7 |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

    1.    This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

EMC Mortgage Corporation

    2.    The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 9th day of November, 2010.

                                                  **WILDE & ASSOCIATES** #10235

By: /s/ Gregory L. Wilde, Esq
       **GREGORY L. WILDE, ESQ.**
       Attorney for Secured Creditor
       212 South Jones Boulevard
       Las Vegas, Nevada 89107

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone (602) 255-6000
EMC Mortgage Corporation
10-74291 / 0050214766

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-10-30721-lbr |
| Roy Gutierrez Flores and Maria Luisa Flores | Chapter 7 |
| Debtors. | |

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On 11/9/2010, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X   a. ECF System

   Anthony Deluca
   delucaecf@gmail.com
   Attorney for Debtors

   James F. Lisowski, Sr.
   cnadolsky@s-mlaw.com
   Trustee

    X  **b. United States mail, postage fully prepaid:**

        Anthony Deluca
        5830 W. Flamingo Rd., #233
        Las Vegas, NV 89103
        Attorney for Debtors

        James F. Lisowski, Sr.
        P.O Box 95695
        Las Vegas, NV 89193
        Trustee

        Roy Gutierrez Flores and Maria Luisa Flores
        10939 Castle Fountain St
        Las Vegas, NV 89141
        Debtors

    ☐  **c. Personal Service**

    I personally delivered the document(s) to the persons at these addresses:

        ☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

        ☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐  **d. By direct mail**

    Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐  **e. By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 9th day of November, 2010.

By: _____/s/ Jamie Miller_____