

**Entered on Docket**
**February 24, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

EMC Mortgage Corporation
10-74291

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-30721-lbr |
|---|---|
| Roy Gutierrez Flores and Maria Luisa Flores | Date:  2/16/2011<br>Time: 10:30 am |
|  | Chapter 7 |
| Debtors. |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1   Secured Creditor EMC Mortgage Corporation, its assignees and/or successors in interest, of the subject

2   property, generally described as 7868 Arroyo Glen Court, Las Vegas, NV 89113.

3          **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

4   **give Debtors at least seven business days' notice of the time, place and date of sale.**

5   Submitted by:

6   **WILDE & ASSOCIATES**

7   By: _K. Andress #10235_

8   **Gregory L. Wilde, Esq.**
    Attorney for Secured Creditor

9

10  **APPROVED / DISAPPROVED**

11  By:_____
    Anthony Deluca

12  Attorney for Debtor(s)

13  **APPROVED / DISAPPROVED**

14  By:_____
    James F. Lisowski, Sr.

15  Chapter 7 Trustee

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
            any trustee appointed in this case any unrepresented parties who appeared at the hearing,
            and each has approved or disapproved the order, or failed to respond, as   indicated below.

Debtor's counsel:

_____  approved the form of this order              _____  disapproved the form of this order

_____  waived the right to review the order and/or       __X__  failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____  approved the form of this order              _____  disapproved the form of this order

_____  waived the right to review the order and/or       __X__  failed to respond to the document

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
            motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
            order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor